# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| JUAN LEMUS MARTINEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-cv-00400-KOB-SGC |
| | ) | |
| UNITED STATES ATTORNEY | ) | |
| GENERAL, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

This case is before the court on Respondent's Motion to Dismiss as Moot, filed September 18, 2018.  (Doc. 8).  In the motion, Respondent notes Petitioner was removed from the United States on August 3, 2018.  (*Id.* at 1).  Because Petitioner has been removed, the court can no longer provide meaningful relief.  Thus, the court finds that the petition for writ of habeas corpus is moot.  *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003).

Accordingly, Respondent's motion to dismiss is due to be granted, and the petition is due to be dismissed.  The *McBride* order entered September 17, 2018 (Doc. 7) is **WITHDRAWN**.

The court will enter a separate Final Order.

DONE and ORDERED this 25th day of September, 2018.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE